UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>600 Pennsylvania Ave., N.W.<br>Washington, DC 20580<br><br>                    Plaintiff,<br><br>v.<br><br>REVENUEWIRE, also d/b/a SAFECART<br>Suite 102, 3962 Borden St.<br>Victoria, BC<br>V8P 3H8, Canada<br><br><br>and ROBERTA LEACH<br>4989 Georgia Park Terrace<br>Victoria, BC<br>V8Y 2B8, Canada<br><br><br>                    Defendants. | No. CV-  1:20-cv-01032<br><br><br>**JOINT MOTION TO ENTER THE STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT** |

Plaintiff Federal Trade Commission and Defendants RevenueWire and Roberta Leach, through counsel, hereby jointly move the Court to enter the Stipulated Order filed herewith, and as grounds state as follows:

1. A Complaint has been filed in this action along with a Stipulated Order.

2. The case is an action for injunctive and other equitable relief alleging that Defendants violated the Federal Trade Commission Act, 15 U.S.C. §§ 45(a), 53(b) and 57b, and the Federal Trade Commission's Telemarketing Sales Rule, 16 C.F.R. Part 310.

3. All parties are represented by counsel.

1

4. The Stipulated Order includes both injunctive relief and a monetary judgment.

**WHEREFORE**, the Federal Trade Commission and Defendants request that the Court enter the Stipulated Order.  The names of the attorneys who are entitled to be notified of entry of the Stipulated Order are Counsel for the FTC, Russell Deitch and J. Ronald Brooke, Counsel for RevenueWire, William L. Greene and J. Nicci Warr, and Counsel for Roberta Leach, Robert M. Langer all of whose addresses are listed below under their signatures.

Respectfully submitted:

Dated: April 21, 2020          *s/* Russell Deitch

                                    Russell Deitch
                                    J. Ronald Brooke, Jr.
                                    Federal Trade Commission
                                    600 Pennsylvania Avenue, N.W. CC-8528
                                    Washington, D.C. 20580
                                    (202) 326-2585 /rdeitch@ftc.gov
                                    (202) 326-3484 / jbrooke@ftc.gov
                                    Attorneys for Plaintiff
                                    FEDERAL TRADE COMMISSION

                                    *s/  William L. Greene*

                                    William L. Greene
                                    Stinson LLP
                                    50 South Sixth St.
                                    Suite 2600
                                    Minneapolis, MN 55402
                                    (612) 335-1568 / william.greene@stinson.com

                                    *s/   J. Nicci Warr*

                                    J. Nicci Warr
                                    Stinson LLP
                                    7700 Forsyth Boulevard
                                    Suite 1100
                                    St. Louis, MO 63105
                                    (314) 259-4570 / nicci.warr@stinson.com

                                    Counsel for RevenueWire

s/ 

Robert M. Langer
Wiggin and Dana LLP
20 Church St., 16th Floor
Hartford, Connecticut
06103
(860) 297-3724/rlanger@wiggin.com
Counsel for Roberta Leach

# **CERTIFICATE OF SERVICE**

I, Russell Deitch, hereby certify that on __April 21,_ 2020, I transmitted the Joint Motion and Proposed Stipulated Order via electronic mail to the following:

>William Greene
>Stinson LLP
>50 South Sixth St.
>Suite 2600
>Minneapolis, MN 55402
>william.greene@stinson.com
>Counsel for RevenueWire
>
>J. Nicci Warr
>Stinson LLP
>7700 Forsyth Boulevard
>Suite 1100
>St. Louis, MO 63105
>nicci.warr@stinson.com
>
>Robert M. Langer
>Wiggin and Dana LLP
>20 Church St., 16th Floor
>Hartford, Connecticut 06103
>rlanger@wiggin.com
>Counsel for Roberta Leach

>_____s/Russell Deitch_____
>Russell Deitch